**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CELIA AVINA-RUIZ,<br><br>　　　　　Defendant. | CASE NO.: 24CR0294-W<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE MOTION SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted. The Motion Setting set for March 4, 2024 is vacated and a Status Hearing is set for April 8, 2024 at 9:00am. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), and (h)(7).

**IT IS SO ORDERED.**

Dated: 2/28/24

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE